IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL O'HALLORAN,** | : | **CIVIL NO. 1:13-0344** |
| Plaintiff | : | |
| | : | **(Judge Rambo)** |
| v. | : | **(Magistrate Judge Carlson)** |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant | : | |

## O R D E R

Before the court is are two reports and recommendation of Magistrate Judge Carlson (Docs. 29 and 39). Plaintiff filed untimely objections to the first report and recommendation (Doc. 29) which this court considered in its April 7, 2014 memorandum and order (Docs. 35 & 36). No objections to the May 5, 2014 report and recommendation (Doc. 39) have been filed.

Therefore, upon consideration of the record before the court and the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the reports and recommendation of the magistrate judge (Docs. 29 & 39).

2) Plaintiff's motion to enforce the settlement agreement (Doc. 26) is **DENIED**.

3) This case remains closed.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: June 11, 2014.